```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 26664
    CHARLES HARRIS ROGERS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
        Debtor
    SSN XXX-XX-0758


---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/05/05 and confirmed on 08/25/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  36317.50 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ALLIANT CREDIT UNION | SECURED | 4678.21 | 337.31 | 4678.21 |
| ALLIANT CREDIT UNION | SECURED | 4769.75 | 337.31 | 4769.75 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY FINANCIA | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC PATHOLOGY CONSULTA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2200.46 | .00 | 727.59 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4249.47 | .00 | 1405.10 |
| CITY OF CHICAGO | UNSECURED | 2007.40 | .00 | 663.75 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| BORDIGNON MD | UNSECURED | NOT FILED | .00 | .00 |
| GROVE DENTAL ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY MEDICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE NEONATOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FOTIMA MOCHADAM | UNSECURED | 427.80 | .00 | 141.45 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HINCKLEY SPRINGS | UNSECURED | NOT FILED | .00 | .00 |
| GMAC RESCAP LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARTINE NELSON | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| PETRI STORER & KAMINSKI | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| WILSHIRE CREDIT CORP | UNSECURED | 55982.81 | .00 | 18510.93 |

```
CITY OF CHICAGO            FILED LATE         .00            .00           .00
     Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED      PRIORITY   UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9447.96          .00    64867.94          .00      74315.90
PRINCIPAL PAID      9447.96          .00    21448.82          .00      30896.78
INTEREST PAID        674.62          .00         .00          .00        674.62
TOTAL PAID         10122.58          .00    21448.82          .00      31571.40
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $   1548.60 .

Refunds to the Debtor totaled $     497.50 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/12/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                           PAGE   2
          CASE NO. 05 B 26664 CHARLES HARRIS ROGERS